Chi
200 E Liberty St Lbby Unit 7760
Ann Arbor MI 48107
M: Nadja Yang <nadja@njy.dev>
C: tel:332.203.3124
Plaintiff *pro se*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

| | |
|---|---|
| CHI,<br>*Plaintiff*,<br>v.<br>REGENTS OF THE UNIVERSITY OF MICHIGAN,<br>*Defendant*. | Case No. 3:26-cv-11021-LJC<br>The Honorable Lisa J. Cisneros<br>**NOTICE OF CONSTITUTIONAL QUESTION**<br>Fed. R. Civ. P. 5.1(a)<br>28 U.S.C. § 2403(b)<br>Mich. Comp. Laws § 15.243(1)(v) |

1. Plaintiff Chi gives notice under Fed. R. Civ. P. 5.1(a) that the Complaint, ECF No. 1, draws into question the constitutionality of a statute of the State of Michigan, Mich. Comp. Laws § 15.243(1)(v) (1976 Mich. Pub. Acts No. 442, § 13, as amended). Count I, Compl. ¶¶ 30–37; Prayer for Relief ¶ A.

2. Under that provision, "[a] public body may exempt from disclosure as a public record under this act" "[r]ecords or information relating to a civil action in which the requesting party and the public body are parties." Mich. Comp. Laws § 15.243(1), (1)(v).

3. The question is whether a provision that classifies requesters of public records by whether "the requesting party and the public body are parties" to "a civil action" is a law that Michigan may "make or enforce," U.S. Const. amend. XIV, § 1, consistently with "the right of the people . . . to petition the Government for a redress of grievances," *id.* amend. I, or is invalid on its face. Compl. ¶¶ 31–36. The Plaintiff proceeds under § 1 of "An Act to enforce the Provisions of the Fourteenth Amendment to the Constitution of the United States, and for other Purposes," Act of Apr. 20, 1871, ch. 22, 17 Stat. 13, Rev. Stat. § 1979, 42 U.S.C. § 1983.

4. The parties do not, at present, include Michigan, one of its agencies, or one of its officers or employees in an official capacity. Fed. R. Civ. P. 5.1(a)(1)(B). Defendant the Regents of the University of Michigan is "a body corporate known as the Regents of the University of Michigan," Mich. Const. art. VIII, § 5, "with the right, as such, of suing and being sued," Mich. Comp. Laws § 390.4, and is sued as such. Compl. ¶¶ 5, 12.

5. Michigan may intervene "for argument on the question of constitutionality," 28 U.S.C. § 2403(b), within the time Fed. R. Civ. P. 5.1(c) allows. The Plaintiff does not oppose intervention on the terms the statute provides.

Dated: September 30, 2026

Respectfully submitted,

/s/ Chi

CHI, Plaintiff *pro se*

Assisted-by: Claude Fable 5.1 via Claude Code