# UNITED STATES DISTRICT COURT

for the
Northern District of California

| | | |
|---|---|---|
| **Chi** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:26-cv-11021-LJC |
| **Regents of the University of Michigan** | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, William Hines, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Regents of the University of Michigan in Los Angeles County, CA on October 7, 2026 at 11:56 am at 100 S Grand Ave, Los Angeles, CA 90012 by leaving the following documents with Corey Holt who as Office Manager is authorized by appointment or by law to receive service of process for Regents of the University of Michigan. Proof Colorado, LLC mailed a copy of the documents via First Class Mail to 100 S Grand Ave, Los Angeles, CA 90012 on October 7, 2026.

SUMMONS IN A CIVIL ACTION
COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, NOMINAL DAMAGES, PRODUCTION OF PUBLIC RECORDS, PUNITIVE DAMAGES, AND CIVIL FINES
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

Race: White, Sex: Male, Est. Age: 35-44, Hair: Blonde, Glasses: N, Est. Weight: Unknown, Est. Height: Unknown.
Geolocation of Serve: https://google.com/maps?q=34.0547866491,-118.2489162185
Photograph: See Exhibit 1

Total Cost: $106.95

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Los Angeles County,

CA on 10/7/2026.

/s/ *William Hines*

William Hines - +1 (650) 380-0055
Registration No.: 2025103086
Registration County: Los Angeles County


Exhibit 1a)
10/7/2026 11:56 am PDT
100 S Grand Ave, Los Angeles, CA 90012
34.0547866, -118.2489162
MICHIGAN ROSS