Chi
200 E Liberty St Lbby Unit 7760
Ann Arbor MI 48107
M: Nadja Yang <nadja@njy.dev>
C: tel:332.203.3124
Plaintiff *pro se*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

| | |
|---|---|
| CHI,<br>*Plaintiff*,<br>v.<br>REGENTS OF THE UNIVERSITY OF MICHIGAN,<br>*Defendant*. | Case No. 3:26-cv-11021-EMC<br>The Honorable Edward M. Chen<br>**CERTIFICATE OF SERVICE**<br>Fed. R. Civ. P. 5.1(a)(2)<br>28 U.S.C. § 2403(b)<br>Civil L.R. 5-5 |

Service on the Attorney General of Michigan under Fed. R. Civ. P. 5.1(a)(2) was made by certified mail,[1] as shown in the attached CaseMail CM-88115-0021.01.

Dated: October 9, 2026

Respectfully submitted,

/s/ Chi

Chi, Plaintiff *pro se*

Assisted-by: Claude Fable 5.1 via Claude Code

[1]The Attorney General's contact directory, https://web.archive.org/web/20261001001208/https://www.michigan.gov/ag/ag-contact-directory, states that the Department "only accepts service of process of lawsuits naming Attorney General Dana Nessel or the Michigan Department of Attorney General as defendants," and gives the address used "[f]or service by certified mail." Fed. R. Civ. P. 5.1(a)(2), however, requires a party that questions a state statute to "serve the notice and paper . . . on the state attorney general . . . either by certified or registered mail or by sending it to an electronic address designated by the attorney general for this purpose."