**BARNES & THORNBURG LLP**
Amy C. Poyer (SBN 277315)
Amy.poyer@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067-3012
Telephone: 310-284-3880
Facsimile: 310-284-3894

*Attorneys for Defendant*
Regents of the University of Michigan

[Additional Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHI (aka NADJA YANG);<br><br>Plaintiff,<br><br>vs.<br><br>REGENTS OF THE UNIVERSITY OF MICHIGAN;<br><br>Defendant. | Case No. 3:26-cv-11021-EMC<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Current Response Date: October 28, 2026<br><br>Agreed Response Date: November 27, 2026<br><br>Judge: Honorable Edward M. Chen |

Defendant Regents of the University of Michigan ("Defendant"), by and through its undersigned counsel, and Plaintiff Chi (aka Nadja Yang") ("Plaintiff"), proceeding pro se (herein collectively referred to as "the Parties"), agree and stipulate as follows:

1. Plaintiff filed her Complaint on September 28, 2026 in the above-captioned court.

2. Plaintiff served Defendant with the summons and Complaint on October 7, 2026.

3. In accordance with FRCP 12(a)(1)(A), Defendant's deadline to file a responsive pleading to the Complaint is set 21 days after Plaintiff's service of the Complaint on Defendant, *i.e.*, October 28, 2026.

4. Defendant requires more time to evaluate its response to Plaintiff's Complaint.

5. On October 14, 2026, Defendant's counsel reached out to Plaintiff and Plaintiff agreed to extend Defendant's responsive pleading deadline by 30-days, up to and including November 27, 2026.

6. This is the Parties' first stipulation regarding the extension of time for Defendant to respond to Plaintiff's Complaint.

7. The Parties agree that neither party will be prejudiced by the granting of this Stipulation.

8. Pursuant to Local Rule 6-1(a), the new deadline will not alter the date of any event or any deadline already fixed by Court order, therefore a stipulation without court order is warranted.

9. In light of these circumstances, the Parties believe that good cause exists for the Parties' joint stipulation.

Accordingly, the Parties hereby stipulate and respectfully request that this Court set the following date and deadline:

- Defendant's deadline to file a responsive pleading is continued to November 27, 2026.

IT IS SO STIPULATED.

Dated: October 14, 2026

**BARNES & THORNBURG LLP**

By: *<u>/s/ Amy C. Poyer</u>*

Attorneys for Defendant
Regents of the University of Michigan

Dated: October 14, 2026

**Chi (aka Nadja Yang)**
200 E. Liberty St. Lbby., Unit 7760
Ann Arbor, MI 48107
Telephone: (332) 203-3124
Nadja@njy.dev

By: <u>*/s/ Nadja Yang* (with permission given via email)</u>

Pro se

## SIGNATURE ATTESTATION

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: October 14, 2026

**BARNES & THORNBURG LLP**

By: */s/ Amy C. Poyer*

Attorneys for Defendant
Regents of the University of Michigan