Chi
200 E Liberty St Lbby Unit 7760
Ann Arbor MI 48107
M: Nadja Yang <nadja@njy.dev>
C: tel:332.203.3124
Plaintiff *pro se*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

CHI,

*Plaintiff,*

v.

REGENTS OF THE UNIVERSITY OF MICHIGAN,

*Defendant.*

Case No. 3:26-cv-11021-EMC

The Honorable Edward M. Chen

**NOTICE OF SERVICE OF STANDING ORDERS**

Civil Standing Order — General ¶ 14

Fed. R. Civ. P. 5(b)(2)(E)

Civil L.R. 5-1(h)(1), 5-5(a)

1. This action having been reassigned to the Honorable Edward M. Chen, ECF No. 7, Plaintiff Chi gives notice under paragraph 14 of the Court's Civil Standing Order — General (revised February 6, 2025) and paragraph 5 of its Civil Standing Order on Discovery (February 4, 2019) that those orders are filed with this notice and served on Defendant the Regents of the University of Michigan through the Court's electronic-filing system. Fed. R. Civ. P. 5(b)(2)(E); Civil L.R. 5-1(h)(1).

2. The Standing Order for All Judges of the Northern District of California — Contents of Joint Case Management Statement was served on the Regents of the University of Michigan with the summons and complaint on October 7, 2026. ECF No. 8.

Dated: October 26, 2026

Respectfully submitted,

/s/ Chi

CHI, Plaintiff *pro se*

`Assisted-by: Claude Fable 5.1 via Claude Code`