MUCKROCK REQUEST

# Outside Counsel Engagement and Billing Records — Barnes & Thornburg LLP (2026)

Nadja Yang filed this request with the University of Michigan of Michigan.

| | |
|---|---|
| **MuckRock #** | 216899 |
| **Status** | In Litigation |
| **Submitted** | July 31, 2026 |
| **Due** | August 7, 2026 |
| **Est. Completion** | August 24, 2026 |
| **Permalink** | https://www.muckrock.com/foi/michigan-117/outside-counsel-engagement-and-billing-records-barnes-thornburg-llp-2026-216899/ |

**From:** Nadja Yang
**To:** foia-email@umich.edu
**Via:** Email
**Subject:** Michigan Freedom of Information Act Request: Outside Counsel Engagement and Billing Records — Barnes & Thornburg LLP (2026)
**Date:** July 31, 2026, 11:24 p.m.

To Whom It May Concern:

Pursuant to the Michigan Freedom of Information Act, I hereby request the following records:

1. All engagement letters, retention agreements, amendments, rate schedules, and outside-counsel guidelines between the University of Michigan (including its Regents and its Office of the Vice President and General Counsel) and the law firm Barnes & Thornburg LLP, for the period June 1, 2026, through the date of your response.

2. All invoices, billing statements, fee statements, and statements of account submitted by Barnes & Thornburg LLP to the University during that period concerning any of the following matters, or any related proceeding: In re Nadja Yang, No. 26-30507 WJL (Bankr. N.D. Cal.) (chapter 7 case); Yang v. Regents of the University of Michigan (In re Yang), No. 3:26-cv-07302-WHO (N.D. Cal.) (withdrawal of the reference); Yang v. Regents of the University of Michigan (In re Yang), No. 3:26-cv-07259-WHO (N.D. Cal.) (appeal); and Yang v. Lynch (In re Yang), Adv. No. 26-03032 (Bankr. N.D. Cal.) (adversary proceeding).

3. All records of payment, payment vouchers, disbursement records, and payment approvals corresponding to the invoices described in item 2.

4. Records sufficient to show the authorization or approval of the engagement of Barnes & Thornburg LLP for the matters described in item 2, including the identity of the approving office or officer.

5. Records sufficient to show the total amounts billed and the total amounts paid to Barnes & Thornburg LLP for the matters described in item 2 as of the date of your response.

If any responsive record contains exempt material, MCL 15.244(1) requires that the exempt and nonexempt material be separated and the nonexempt material made available. For any billing record as to which privilege is asserted, please redact the narrative descriptions claimed to be privileged and produce the remaining nonexempt content — including dates, timekeeper names and titles, hours, rates, line-item amounts, totals, and payment information — rather than withholding any document in full, and please describe any material separated or deleted, as the Act requires.

Please include the detailed fee itemization required by MCL 15.234 with any fee notice. If any responsive record is already available on a University website, please identify the specific webpage address in lieu of copying charges. Searchable PDF and rolling production are preferred.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 5 business days, as the statute requires.

Sincerely,

Nadja Yang

**From:** Muckrock Staff
**To:** foia-email@umich.edu
**Via:** Email
**Subject:** RE: Michigan Freedom of Information Act Request: Outside Counsel Engagement and Billing Records — Barnes & Thornburg LLP (2026)
**Date:** August 7, 2026, 1:00 a.m.

To Whom It May Concern:

I wanted to follow up on the following Michigan Freedom of Information Act request, copied below, and originally submitted on July 31, 2026. Please let me know when I can expect to receive a response.

Thanks for your help, and let me know if further clarification is needed.

**From:** University of Michigan
**To:** 216899-20861614@requests.muckrock.com
**Via:** Email
**Subject:** FOIA Request 270260 Extension
**Date:** August 10, 2026, 3:24 p.m.

Dear Nadja Yang,

I am writing in regard to your Freedom of Information Act request dated August 1, 2026, which was received on August 3, 2026.

Due to the large number of requests currently being processed by this office, it will not be possible to respond to this request within the five-day period accorded by the Michigan Freedom of Information Act. However, under Section 5 (2) (d) of the Act, the University is permitted to extend the deadline for not more than 10 business days.

The University will respond to your request on or before August 24, 2026.

Thank you,

Matthew Riggs
FOIA Compliance Specialist Associate

Suite 3300 Ruthven | 1109 Geddes Ave. | Ann Arbor, MI 48109-1079

Please send records requests to: foia-email@umich.edu

[image: A blue text on a black backgroundAI-generated content may be incorrect.]

**From:** University of Michigan
**To:** 216899-20861614@requests.muckrock.com
**Via:** Email
**Subject:** FOIA Request 270260 response
**Date:** August 24, 2026, 12:50 p.m.

Dear Nadja Yang,

I am writing in response to your Freedom of Information Act request dated August 1, 2026, which was received on August 3, 2026.

You requested:

Pursuant to the Michigan Freedom of Information Act, I hereby request the following records:

1. All engagement letters, retention agreements, amendments, rate schedules, and outside-counsel guidelines between the University of Michigan (including its Regents and its Office of the Vice President and General Counsel) and the law firm Barnes & Thornburg LLP, for the period June 1, 2026, through the date of your response.

2. All invoices, billing statements, fee statements, and statements of account submitted by Barnes & Thornburg LLP to the University during that period concerning any of the following matters, or any related proceeding: In re Nadja Yang, No. 26-30507 WJL (Bankr. N.D. Cal.) (chapter 7 case); Yang v. Regents of the University of Michigan (In re Yang), No. 3:26-cv-07302-WHO (N.D. Cal.) (withdrawal of the reference); Yang v. Regents of the University of Michigan (In re Yang), No. 3:26-cv-07259-WHO (N.D. Cal.) (appeal); and Yang v. Lynch (In re Yang), Adv. No. 26-03032 (Bankr. N.D. Cal.) (adversary proceeding).

3. All records of payment, payment vouchers, disbursement records, and payment approvals corresponding to the invoices described in item 2.

4. Records sufficient to show the authorization or approval of the engagement of Barnes & Thornburg LLP for the matters described in item 2, including the identity of the approving office or officer.

5. Records sufficient to show the total amounts billed and the total amounts paid to Barnes & Thornburg LLP for the matters described in item 2 as of the date of your response.

Your request is denied pursuant to Section 13 (1) (v) of the Michigan Freedom of Information Act, which exempts from disclosure "records or information relating to a civil action in which the requesting party and the public body are parties."

Please note that within 180 days from the date of this letter, you have the right to appeal the denial of information to the President of the University or seek judicial review in the court of claims to try to compel disclosure. If you elect to appeal and the President upholds the denial, you may still seek judicial review within the 180-day period.

An appeal to the President must be submitted in writing to: President's Office, c/o Steve Yaros, The University of Michigan, Ruthven Bldg. Suite 3190, 1109 Geddes Ave., Ann Arbor, Michigan 48109-1079 (or by email to: FOIAappeals@umich.edu). The statement must (1) identify the request and the final determination by the FOIA officer that is being appealed, (2) specifically state the word "appeal," and (3) identify the reason or reasons why the final determination should be reversed.

If you seek judicial review in the Michigan court of claims and prevail, you will be awarded reasonable attorney's fees, costs and disbursements incurred in maintaining the action. If you prevail in part, you may still be awarded complete or partial reimbursement for those expenses. In addition to actual and compensatory damages, you will be awarded punitive damages in the amount of $1,000.00 if the court finds that the University was arbitrary and capricious in its denial.

A copy of Section 10 of the Michigan FOIA is available for your reference and review online at http://foia.vpcomm.umich.edu/foia-right-to-appeal/.

Sincerely,

*/s/ Tracey Piercecchi*

Tracey Piercecchi
FOIA Coordinator
Office: 734-763-8924 | Fax: 734-763-1399
Suite 3300 Ruthven | 1109 Geddes Ave. | Ann Arbor, MI 48109-1079
Please send records requests to: foia-email@umich.edu

**From:** Nadja Yang

**To:** "Tracey Piercecchi" <checkie@umich.edu>

**Via:** Email

**Subject:** RE: Michigan Freedom of Information Act Request: Outside Counsel Engagement and Billing Records — Barnes & Thornburg LLP (2026)

**Date:** October 1, 2026, 9:46 a.m.

Ms. Piercecchi,

A lawsuit has been filed against the Regents of the University of Michigan: Chi v. Regents of the University of Michigan, No. 3:26-cv-11021-LJC (N.D. Cal.). The complaint (ECF No. 1) and the summons (ECF No. 2) are attached. Formal service of process is being arranged. "Within 21 days after service of this summons on you (not counting the day you received it) . . . you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure."

I intend to move for a preliminary injunction. Fed. R. Civ. P. 65(a)(1). In the interest of conserving the resources of the Court and of the parties, I propose instead a stipulated order under which, pending the final disposition of the action, including any appeal, the Regents of the University of Michigan will not invoke Mich. Comp. Laws § 15.243(1)(v) in responding to requests under the Freedom of Information Act, 1976 Mich. Pub. Acts No. 442, and will process this request, the University's Request 270260, on that basis. I would be grateful for the University's position by October 8, 2026.

Printed from MuckRock on October 26, 2026. Visit https://www.muckrock.com/foi/michigan-117/outside-counsel-engagement-and-billing-records-barnes-thornburg-llp-2026-216899/ for the latest version of this request.