MichiganFlyer

Trip summary

| | |
|---|---|
| Passenger name: | Nadja Yang |

Ticket no 260616953006 DTW McNamara Terminal - Liberty Square Garage Tuesday, 06/16/2026 11:00 PM 3006

| | |
|---|---|
| Departure: | DTW McNamara Terminal Tuesday, 06/16/2026 11:00 PM |
| Brand: | Michigan Flyer |
| Pickup location: | Location is Departures Level (also known as Level 3) of the McNamara Terminal. On level 3 – find the Air France Check in Counter. Our stop is just outside and to the left of Door number 1 labeled “International Ticketing/Check-In, Air France, AeroMexico. |
| Seat: | open seating |
| Arrival: | Liberty Square Garage Tuesday, 06/16/2026 11:40 PM |
| Bus line: | Michigan flyer |
| Price: | USD 16.00 |

QR number
260616953006

Carrier / Service provider: Michigan Flyer; Phone: 517-333-0400; Email: reservations@michiganflyer.com

Valid for one year from the date of purchase. Certain rules apply.
Please see Michigan Flyer Policies - Rules for Reservations/Changes.
As a reminder, we do not allow pets on board our motor coaches, however we do welcome service animals.

| | |
|---|---|
| Bought on: | 6:06 PM 06/16/2026 |
| Cart no: | 260616719388 |

| | Price |
|---|---|
| Ticket price (Tax 0%): | USD 16.00 |
| Total: | USD 16.00 |

Michigan Flyer
Phone: 517-333-0400
Email: reservations@michiganflyer.com