kai
200 E Liberty St Lbby Unit 7760
Ann Arbor MI 48107
M: Nadja Yang <nadja@njy.dev>
C: tel:332.203.3124
also known as Chi, Plaintiff *pro se*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

CHI,

*Plaintiff,*

v.

REGENTS OF THE UNIVERSITY OF MICHIGAN,

*Defendant.*

Case No. 3:26-cv-11021-EMC

The Honorable Edward M. Chen

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO MOTION FOR A PRELIMINARY INJUNCTION**

Civil L.R. 7-3(a), (b)

Hearing: December 3, 2026, 10:30 a.m.

By Zoom webinar

Plaintiff Chi gives notice that no opposition to her motion for a preliminary injunction, ECF No. 12, has been filed.

The motion was filed on October 26, 2026, and docketed with "Responses due by 11/9/2026. Replies due by 11/16/2026." ECF No. 12 (docket text). "The opposition must be filed and served not more than 14 days after the motion was filed." Civil L.R. 7-3(a). "If the party against whom the motion is directed does not oppose the motion, that party must file with the Court a Statement of Nonopposition within the time for filing and serving any opposition." Civil L.R. 7-3(b). Defendant Regents of the University of Michigan, which has appeared through Amy C. Poyer of Barnes & Thornburg LLP, ECF No. 10, has filed neither.

The Plaintiff asks that the motion be granted and the proposed order entered. ECF No. 12, at 26–29.

Dated: November 10, 2026

Respectfully submitted,

/s/ kai

KAI, also known as Chi, Plaintiff *pro se*

Assisted-by: Claude Fable 5.2 via Claude Code