**BARNES & THORNBURG LLP**
Amy C. Poyer (SBN 277315)
Amy.poyer@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067-3012
Telephone: 310-284-3880
Facsimile: 310-284-3894

*Attorneys for Defendant*
Regents of the University of Michigan

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHI (aka NADJA YANG);<br>Plaintiff,<br>vs.<br>REGENTS OF THE UNIVERSITY OF MICHIGAN;<br>Defendant. | Case No. 3:26-cv-11021-EMC<br>**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S NOTICE OF NON-OPPOSITION**<br>Judge: Honorable Edward M. Chen |

Plaintiff Nadja Yang has filed a "Notice of Non-opposition to Motion for a Preliminary Injunction." (ECF No. 16). This notice relates to her motion for preliminary injunction, (ECF No. 12), which she filed shortly after stipulating to an extension for Defendant Regents of the University of Michigan (the "University") to respond to the complaint. (ECF No. 10).

The University opposes the motion for preliminary injunction. Pursuant to the Court's order to show cause, (ECF No. 14), the University has first addressed the Court's personal jurisdiction and venue. The University addresses both of those issues in its separate and concurrently filed response. Should the Court make the

prerequisite findings that it has personal jurisdiction over the University and that venue is proper, the University will address the merits of Ms. Yang's preliminary injunction motion.

Dated: November 12, 2026

**BARNES & THORNBURG LLP**

By: *__/s/ Amy C. Poyer__*

Amy C. Poyer

*Attorneys for Defendant Regents of the University of Michigan*

## CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to this action. I am employed in the County of Allen, State of Indiana. My business address is 888 South Harrison Street, Suite 600, Fort Wayne, Indiana 46802.

On November 12, 2026, I served a true copy of the following document, described as **DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S NOTICE OF NON-OPPOSITION**, on the interested party in this action as follows:

Nadja Yang
200 E Liberty St Lbby Unit 7760
Ann Arbor, MI 48107
nadja@njy.dev
Plaintiff, pro se

**BY E-MAIL OR ELECTRONIC TRANSMISSION.** Pursuant to Fed. R. Civ. P. 5(b)(2)(E), and Plaintiff's written consent to service by e-mail in this case, I caused a copy of the document to be sent from the e-mail address lisa.starks@btlaw.com to Plaintiff at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING.** The document was electronically filed with the Clerk of the Court using the CM/ECF system, which served all participants in the case who are registered CM/ECF users.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed at the law firm of Barnes & Thornburg LLP.

Executed on November 12, 2026, at Fort Wayne, Indiana.

*/s/ Lisa D. Starks*

Lisa D. Starks