**BARNES & THORNBURG LLP**
Amy C. Poyer (SBN 277315)
Amy.poyer@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, CA 90067-3012
Telephone: 310-284-3880
Facsimile: 310-284-3894

*Attorneys for Defendant*
Regents of the University of Michigan

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHI (aka NADJA YANG);<br>Plaintiff,<br>vs.<br>REGENTS OF THE UNIVERSITY OF MICHIGAN;<br>Defendant. | Case No. 3:26-cv-11021-EMC<br>**NOTICE OF AMENDED CERTIFICATE OF SERVICE**<br>Judge: Honorable Edward M. Chen |

On November 12, 2026, Defendant Regents of the University of Michigan (the "University") filed a Response to the Court's Order to Show Cause (ECF No. 17) and a Response in Opposition to Plaintiff's Notice of Non-Opposition (ECF No. 18). In those filings, the University averred that it would serve Plaintiff Nadja Yang that day by email. However, these filings coincided with a worldwide outage of Microsoft services, including the common email service Outlook. *See* Ho-Him and Chan, *Microsoft reports progress in reviving email and other services during a global outage*, Associated Press (Nov. 13, 2026, at 10:31 ET),

https://apnews.com/article/microsoft-outage-outlook-email-365-status-down-d92547a821930290db2964388016979a.

Counsel for the University uses Outlook and service was not restored the rest of the day. Counsel for the University was thus, unexpectedly, unable to serve Ms. Yang by email on November 12, 2026. Counsel for the University promptly served Ms. Yang by email the following morning once Outlook service was restored on November 13, 2026.

Dated: November 13, 2026

**BARNES & THORNBURG LLP**

By: *__/s/ Amy C. Poyer__*

Amy C. Poyer

*Attorneys for Defendant Regents of the University of Michigan*

## CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to this action. I am employed in the County of Allen, State of Indiana. My business address is 888 South Harrison Street, Suite 600, Fort Wayne, Indiana 46802.

On November 13, 2026, I served true copies of the following documents, described as **DEFENDANT'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** and **DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S NOTICE OF NON-OPPOSITION**, on the interested party in this action as follows:

Nadja Yang
200 E Liberty St Lbby Unit 7760
Ann Arbor, MI 48107
nadja@njy.dev
Plaintiff, pro se

**BY E-MAIL OR ELECTRONIC TRANSMISSION.** Pursuant to Fed. R. Civ. P. 5(b)(2)(E), and Plaintiff's written consent to service by e-mail in this case, I caused a copies of the documents to be sent from the e-mail address lisa.starks@btlaw.com to Plaintiff at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING.** The documents were electronically filed with the Clerk of the Court using the CM/ECF system, which served all participants in the case who are registered CM/ECF users.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed at the law firm of Barnes & Thornburg LLP.

Executed on November 13, 2026, at Fort Wayne, Indiana.

*/s/ Lisa D. Starks*

Lisa D. Starks