No. 3:26-cv-11021-EMC
The Honorable Edward M. Chen

**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

---

Chi,

*Plaintiff,*

*v.*

Regents of the University of Michigan,

*Defendant.*

---

# PLAINTIFF'S NOTICE OF PETITION FOR WRITS OF MANDAMUS

Fed. R. App. P. 21(a)(1), (b)(4)

---

Plaintiff Chi, also known as kai and as Nadja Yang, gives notice of her petition to the United States Court of Appeals for the Ninth Circuit for writs of mandamus directed to this Court and to the Clerk of the Court of Appeals. Attachment 1, Petition for Writs of Mandamus, *In re kai* (9th Cir.) ("Pet."). Such a petition "may not bear the name of the judge as respondent in the caption," 9th Cir. R. 21-2(a), and in place of the Honorable Edward M. Chen the petition names the "United States District Court for the Northern District of California," with the "Clerk of the United States Court of Appeals for the Ninth Circuit," as respondents. Pet. cover.

"A party petitioning for a writ of mandamus or prohibition directed to a court must file the petition with the circuit clerk and serve it on all

parties to the proceeding in the trial court. The party must also provide a copy to the trial-court judge. All parties to the proceeding in the trial court other than the petitioner are respondents for all purposes." Fed. R. App. P. 21(a)(1). The petition is Attachment 1 to this notice. "Upon the filing of a document by a party, the ECF system will send to the registered attorneys for all parties in the case a Notice of Electronic Filing, which constitutes service on the receiving party." Civil L.R. 5-1(h)(1). The appendix to the petition "consists of copies of ECF Nos. 19, 21, 22, and 23," Pet. 19, numbers that refer to the docket of this case.

"The court of appeals may invite or order the trial-court judge to address the petition or may invite an amicus curiae to do so. The trial-court judge may request permission to address the petition but may not do so unless invited or ordered to do so by the court of appeals." Fed. R. App. P. 21(b)(4).

Dated: November 18, 2026

Respectfully submitted,

/s/ kai

KAI, also known as Chi, Plaintiff *pro se*
200 E Liberty St Lbby Unit 7760
Ann Arbor MI 48107
Nadja Yang <nadja@njy.dev>
tel:332.203.3124

---

Assisted-by: Claude Fable 5.2 via Claude Code