No. 3:26-cv-11021-EMC
The Honorable Edward M. Chen

**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

---

CHI,

*Plaintiff,*

*v.*

REGENTS OF THE UNIVERSITY OF MICHIGAN,

*Defendant.*

---

# PLAINTIFF'S NOTICE OF FILING OF PETITION FOR WRITS OF MANDAMUS AND OF DOCKETING OF APPEAL

Fed. R. App. P. 12(a), 21(a)(1), (a)(3)
9th Cir. R. 21-2(b)

---

Plaintiff Chi, also known as kai and as Nadja Yang, gave pre-filing notice on November 18, 2026, of her petition for writs of mandamus directed to this Court and to the Clerk of the United States Court of Appeals for the Ninth Circuit. ECF No. 24; Petition for Writs of Mandamus, *In re kai*, *kai v. United States District Court for the Northern District of California and Clerk of the United States Court of Appeals for the Ninth Circuit*, ECF No. 24-1. "Unrepresented parties must file an original in paper format of the petition, an answer, if ordered, and any supporting papers and appendices." 9th Cir. R. 21-2(b). The petition was filed with Molly C. Dwyer, Clerk of the United States Court of Appeals for the Ninth Circuit, on November 20, 2026, by FedEx Standard Overnight,

and docketed as No. 26-7728, “Yang v. United States District Court for the Northern District of California, San Francisco.” Fed. R. App. P. 21(a)(1), (a)(3); DktEntry 1.1, at 1–21; *id.* at 41 (“SHIP DATE: 19NOV26”; “STANDARD OVERNIGHT”; “INSPECTED BY NOV 17 2026 [*sic*] U.S. MARSHALS SERVICE”); Docketing Notice, DktEntry 3.1 (Respondent Clerk of the United States Court of Appeals for the Ninth Circuit omitted by that Clerk).

The Plaintiff’s appeal, ECF No. 21, was docketed in the United States Court of Appeals for the Ninth Circuit on November 18, 2026, as No. 26-7653, “Yang v. The Regents of the University of Michigan.” Fed. R. App. P. 12(a). The docket of No. 26-7653 gives November 13, 2026, as the “Date Rec’d COA,” and its first entry, “CASE OPENED,” was “[Entered: 11/18/2026 01:04 PM],” Pacific Standard Time, which is 16:04 Eastern Standard Time. Act of Mar. 19, 1918, ch. 24, §§ 1, 2, 4, 40 Stat. 450, 450–51, as amended, 15 U.S.C. §§ 261(a) (“that of the fifth zone retarded [*sic*] 8 hours”), 262, 263; Uniform Time Act of 1966, Pub. L. No. 89-387, § 3(a), 80 Stat. 107, 107, as amended, 15 U.S.C. § 260a(a); 49 C.F.R. §§ 71.9(b), 71.10; 9th Cir. R. 25-1, 25-5(d)(2). At 12:40 Eastern Standard Time that day the Plaintiff telephoned the main telephone number of the Court of Appeals, (415) 355-8000, pressed 1 “[f]or questions about case status, filing deadlines, or other case information,” and was told, “I don’t see it in our system,” and, on calling again at 13:34, “that case was

transferred to Michigan. We're not going to deal with it," and then, "It was not a preliminary injunction appeal either." No. 26-7728, DktEntry 1.1, at 9, ECF No. 24-1, at 9. The Plaintiff learned of the docketing on November 20, 2026, when she registered for electronic filing after the petition for writs of mandamus was docketed and found No. 26-7653 listed under "My Cases." 9th Circuit E-Filer Portal, https://ca9-portal.powerappsportals.us/homebasic/.

Dated: November 20, 2026

Respectfully submitted,
/s/ kai
KAI, also known as Chi, Plaintiff *pro se*
200 E Liberty St Lbby Unit 7760
Ann Arbor, MI 48107
Nadja Yang <nadja@njy.dev>
tel:332.203.3124

---

Assisted-by: Claude Fable 5.2 via Claude Code